U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 549
DEBORAH J. GASPARI v. ADVOCATE HEALTH AND
HOSPITALS CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ADVOCATE HEALTH AND HOSPITALS CORPORATION

| | |
|---|---|
| NAME (Type or print) Lawrence R. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lawrence R. Smith | |
| FIRM SmithAmundsen LLC | |
| STREET ADDRESS 150 N. Michigan Avenue, Suite 3300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2648040 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |