IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH J. GASPARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 549 |
| | ) | |
| ADVOCATE HEALTH AND HOSPITALS | ) | Judge Kendall |
| CORPORATION, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

## INITIAL JOINT STATUS REPORT

NOW COME the parties, DEBORAH J. GASPARI, by and through her attorneys, Charles Siedlecki of Charles Siedlecki and Associates, P.C., and ADVOCATE HEALTH AND HOSPITALS CORPORATION, by and through its attorneys, Jill A. Cheskes and Lawrence R. Smith of SmithAmundsen LLC, and as and for the parties' initial joint status report, states as follows:

**1.  Attorneys of Record for Each Party**

Charles Siedlecki, Attorney for the Plaintiff
Charles Siedlecki and Associates, P.C.
10540 S. Western Avenue, Suite 405
Chicago, Illinois 60643

Jill A. Cheskes and Lawrence R. Smith, Attorneys for the Defendant
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601

**2.  Basis for Federal Jurisdiction**

Plaintiff's complaint invokes jurisdiction pursuant to 28 U.S.C. §1331, 1343, as well as supplemental jurisdiction pursuant to 28 U.S.C. §1367.

**3.  Nature of the Claims**

Plaintiff has brought claims alleging (1) interference with rights under the FMLA; (2) retaliation under the FMLA; (3) violation of the ADA and (4) constructive discharge.

4. **Name of Party Not Yet Served**

Not applicable.

5. **Principal Legal Issues**

Defendant has not yet filed a responsive pleading to the complaint so it is uncertain what factual and legal issues will be at issue.

6. **Principal Factual Issues**

Defendant has not yet filed a responsive pleading to the complaint so it is uncertain what factual and legal issues will be at issue.

7. **Whether a Jury Trial is Expected**

Yes.

8. **Description of Discovery Undertaken to Date**

The parties have not undertaken any discovery as of the preparation of this status report as Defendant has not yet filed a responsive pleading. It is anticipated that the parties will undertake written discovery as well as depositions of parties and fact witnesses.

9. **Earliest Date Parties will be Ready for Trial**

At this point, Defendant anticipates that it may be filing a summary judgment motion at the conclusion of discovery. Accordingly, it is not anticipated that this matter would be ready for trial until early 2009.

10. **Whether the Parties Consent to Proceed before Magistrate Judge**

The parties do not unanimously consent to proceed before the Magistrate.

11. **Status of Settlement Discussions**

Plaintiff has made a demand which has been conveyed to Defendant. At this time, the parties are not requesting a settlement conference.

Respectfully submitted,                                    Respectfully submitted,

/s/ Charles Siedlecki                                      /s/ Jill A. Cheskes
 Attorney for Plaintiff                                    Attorney for Defendant

Charles Siedlecki and Associates, P.C.                     SmithAmundsen LLC
10540 South Western Avenue - Suite 405                     150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60643                                    Chicago, Illinois 60601
(773) 881-2535                                             (312) 894-3200