**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH J. GASPARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 549 |
| | ) | |
| ADVOCATE HEALTH AND HOSPITALS | ) | Judge Kendall |
| CORPORATION, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2008, a copy of the foregoing **Answer and Affirmative Defenses** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    **/s/ Jill A. Cheskes #06237878**
                      SmithAmundsen LLC
                      150 N. Michigan Avenue – Suite 3300
                      Chicago, IL  60601
                      Phone: (312) 894-3200
                      Fax:    (312) 894-3210