IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH J. GASPARI, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.** 08 C 549 |
| | ) | |
| v. | ) | Honorable Judge Virginia Kendall |
| | ) | Judge Presiding |
| ADVOCATE HEALTH AND HOSPITALS | ) | |
| CORPORATION, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | **JURY DEMANDED** |

### NOTICE OF FILING

TO:   Jill A. Cheskes
      SmithAmundsen LLC
      150 North Michigan Avenue  - Suite 3300
      Chicago, Illinois 60601

### NOTICE OF MOTION

Please take notice that on Wednesday, July 23, 2008, at 9:00 a.m., I shall appear before the Honorable Virgina Kendall, or any judge sitting in her stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to File an Amended Complaint, a copy of which is hereby served upon you by electronic means.

Submitted,
s/s Charles Siedlecki

### CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on July 17, 2006, I served a copy of Plaintiff's Motion for leave to File an Amended Complaint, to be served upon the above identified counsel of record, via electronic means.

/s/ Charles Siedlecki

Charles Siedlecki and Associates, P.C.
10540 S. Western Avenue, Suite 405
Chicago, Illinois 60643
(773) 881-2535