IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH J. GASPARI, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.** 08 C 549 |
| | ) | |
| v. | ) | Honorable Judge Virginia Kendall |
| | ) | Judge Presiding |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | **JURY DEMANDED** |

### NOTICE OF FILING

TO:   Jill A. Cheskes
       Smith Amundsen LLC
       150 North Michigan Avenue  - Suite 3300
       Chicago, Illinois 60601

_____Please take notice, that on July 22, 2008, I electronically filed Plaintiff's First Amended Complaint. This document was electronically filed with the Clerk of the United States District Court Northern District of Illinois - Eastern Division.

                                                          Submitted,
                                                          /s/ Charles Siedlecki

### CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on July 22, 2008, I served a copy of Plaintiff's First Amended Complaint and Plaintiff's Notice of Filing, to be served upon the above identified counsel of record, via electronic means.

                                                          /s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535