**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH J. GASPARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 549 |
| | ) | |
| ADVOCATE HEALTH AND HOSPITALS | ) | Judge Kendall |
| CORPORATION, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND SCHEDULE DEADLINES**

NOW COMES Plaintiff, DEBORAH J. GASPARI, by and through her attorney, Charles Siedlecki of Charles M. Siedlecki and Associates, and Defendant, ADVOCATE HEALTH AND HOSPITALS CORPORATION, (hereinafter referred to as "Advocate") by and through its attorneys, Jill A. Cheskes of SmithAmundsen LLC, and as and for their joint motion to extend the discovery and other scheduling deadlines, state as follows:

1.     On March 27, 2008, the parties appeared before the Court for an initial status conference at which time a schedule was entered setting fact discovery to close on August 25, 2008; expert discovery to close on October 6, 2008; dispositive motions with supporting memoranda to be due on November 3, 2008; responses due on December 1, 2008; and replies due on December 15, 2008.  A jury trial was set for March 30, 2009 at 9:15 a.m.

2.     Since that time, the parties have exchanged 26(a)(1) disclosures and initial written discovery requests.  Since the initial status hearing, the parties have also been exploring settlement possibilities, but at this time it does not appear that the parties are able to resolve this case.

3.     Plaintiff recently filed an Amended Complaint adding a claim for retaliation under Section 1981.  While the parties were discussing settlement, Plaintiff's counsel held off on filing her Amended Complaint after discussing the issue with defense counsel.

4.     Plaintiff's original Complaint alleged only violations of the FMLA, the ADA and constructive discharge.  The addition of the 1981 action raises wholly separate issues then previously raised which will also require different factual discovery than what has been undertaken thus far.

5.     In light of all of these circumstances, the parties agree that they will need additional time to complete fact discovery.  The parties respectfully request an additional ninety (90) days from the current discovery cutoff, which is August 25, 2008.   The parties correspondingly request a ninety (90) day extension on all other dates imposed in the initial scheduling order including disclosure of expert discovery, dispositive motion briefing, and the jury trial set for March of 2009.

6.     The parties have been diligent in litigating this claim, but in light of the fact that settlement negotiations were unsuccessful and the addition of the new claim, the parties believe that they will need the additional time to complete discovery in a meaningful fashion.

WHEREFORE Plaintiff, DEBORAH J. GASPARI, and Defendant, ADVOCATE HEALTH & HOSPITALS CORPORATION, respectfully request that fact discovery be extended through November 25, 2008 and all remaining deadlines set by the initial status on March 27, 2008 be extended by an additional ninety (90) days as well and for any other relief the Court deems appropriate.

Respectfully submitted,                          Respectfully submitted,

/s/ Charles Siedlecki                            /s/ Jill A. Cheskes
 Attorney for Plaintiff                          Attorney for Defendant

Charles Siedlecki and Associates, P.C.           SmithAmundsen LLC
10540 South Western Avenue - Suite 405           150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60643                          Chicago, Illinois 60601
(773) 881-2535                                   (312) 894-3200