IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH J. GASPARI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 549 |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, | ) ) Judge Kendall ) Magistrate Judge Valdez |
| Defendant. | ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 4, 2008** at **9:00 a.m.**, the undersigned shall appear before the **Honorable Judge Virginia Kendall** any judge sitting in her stead, in **Room 2319** of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present to the Court the Parties' Joint Motion to Extend Discovery and Scheduling Deadlines, a copy of which is hereby served upon you.

NAME:         **SMITHAMUNDSEN LLC**                          ATTORNEY FOR:  **Defendant**
ADDRESS:    **150 North Michigan, Suite 3300**
CITY:             **Chicago, Illinois 60601**
TELEPHONE: **(312) 894-3200**

## AFFIDAVIT OF SERVICE

. The undersigned certifies that she served a copy of the above Notice of Motion by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/ Jill A. Cheskes - 06237878
One of the Attorneys for Defendants

SMITHAMUNDSEN LLC
150 North Michigan Avenue - Suite 3300
Chicago, Illinois  60601
(312) 894-3200