**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Deborah J Gaspari
                             Plaintiff,

v.                                                       Case No.: 1:08−cv−00549
                                                            Honorable Virginia M. Kendall

Advocate Health and Hospitals Corporation
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. The joint motion for extension of time to complete discovery[25] is granted. All fact discovery shall be completed by 11/25/2008. All expert discovery shall be completed by 1/6/2009. Dispositive motions with supporting memoranda due by 2/3/2009. Responses due by 3/2/2009. Replies due by 3/16/2009. Court will rule by mail. Status hearing date of 8/26/2008 is reset for 11/26/2008 at 09:00 AM. Jury Trial set for 7/13/2009 at 09:15 AM. The parties are advised that no further extensions of the trial date will be allowed.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.