Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 549 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Gaspari vs. Advocate Health & Hospitals Corp. | | |

**DOCKET ENTRY TEXT**

Hearing on motion by Defendant Advocate Health and Hospitals Corporation for protective order by agreement held. Said motion is granted. Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

FILED
2008 AUG 27 AM 8:35
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|